Cases Disposed of Without Consideration by the Court. 254 U. S.

November 8, 1920. Dismissed with costs, on motion of counsel for plaintiff in error. *Mr. William C. Prentiss* for plaintiff in error. *Mr. Mason N. Richardson* for defendant in error.

---

No. 220. TONY TACHIN ET AL. *v.* STATE OF NEW JERSEY. Error to the Court of Errors and Appeals of the State of New Jersey. November 9, 1920. Dismissed with costs, on motion of counsel for plaintiffs in error. *Mr. Charles Recht* for plaintiffs in error. No appearance for defendant in error.

---

No. 108. AMERICAN TELEPHONE & TELEGRAPH COMPANY OF BALTIMORE CITY *v.* STATE ROADS COMMISSION OF MARYLAND. Error to the Court of Appeals of the State of Maryland. November 11, 1920. Dismissed with costs, per stipulation. *Mr. Shirley Carter* for plaintiff in error. *Mr. Albert C. Ritchie, Mr. Ogle Marbury, Mr. Alexander Armstrong* and *Mr. J. Purdon Wright* for defendant in error.

---

No. 119. CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF BALTIMORE CITY *v.* STATE ROADS COMMISSION OF MARYLAND. Error to the Court of Appeals of the State of Maryland. November 11, 1920. Dismissed with costs, per stipulation. *Mr. Shirley Carter* for plaintiff in error. *Mr. Albert C. Ritchie, Mr. Ogle Marbury* and *Mr. Alexander Armstrong* for defendant in error.

---

No. 109. EMMA BERNHARDT ET AL. *v.* LEWIS PERRY. Error to the Supreme Court of the State of Missouri.

254 U..S. Cases Disposed of Without Consideration by the Court.

November 18, 1920. Dismissed with costs, pursuant to the tenth rule. *Mr. Abraham L. Levi* for plaintiffs in error. No appearance for defendant in error.